IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LETTIE PURYEAR,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant | Civil No. CV-04-0454-CI<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplemental Security Income (SSI) disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will hold a supplemental hearing. The ALJ will further evaluate the opinions from Manuel Bautista, M.D., Terilee Wingate, Ph.D., and Clark

Ashworth, M.D., and provide rationale for the weight given to each opinion. In addition, the ALJ will reconsider Plaintiff's residual functional capacity, providing citations to the evidence to support his findings. Finally, the ALJ will obtain supplemental vocational expert testimony and consider such testimony in his decision.

Judgment is for the Plaintiff and the file will be closed.

DATED this 30th day of JUNE, 2005.

S/ CYNTHIA IMBROGNO

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2272
FAX: (206) 615-2531
stephanie.martz@ssa.gov